SUSAN L. MENDE *v.* FRANK L. COLLINS, JR.

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 928 (AC 10557), is denied.

*Jeremiah J. Morytko,* in support of the petition.

*Joseph A. Broder,* in opposition.

Decided September 15, 1993

STATE OF CONNECTICUT *v.* REGINALD WATKINS

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 928 (AC 11145), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Joseph G. Bruckman,* public defender, in support of the petition.

Decided September 15, 1993

PRUDENTIAL HOME MORTGAGE COMPANY, INC. *v.* HANS G. REICHARDT ET AL.

The petition of the defendants Hans G. Reichardt and Doreen L. Reichardt for certification for appeal from the Appellate Court, 31 Conn. App. 930 (AC 11982), is denied.

*Hans G. Reichardt,* pro se, and *Doreen L. Reichardt,* pro se, in support of the petition.

Decided September 15, 1993